UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORA E. FULLER,

        Plaintiff,

-vs-                                              Case No.  8:06-CV-2224-T-24 TGW

SAFECO INSURANCE COMPANY OF
AMERICA,

        Defendant.
_____/

**ORDER**

      This cause comes before the Court on its own.  A review of the file reveals that Plaintiff's counsel Jason Salgado is not listed on the Attorney Roll of attorneys admitted to practice before the Middle District of Florida.  Pursuant to Local Rule 2.01(a), "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule."  Jason Salgado may not appear or be heard as counsel for Plaintiff until he is admitted to practice in the Middle District of Florida.

      Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to terminate Jason Salgado as counsel for Plaintiff on the docket sheet.

      **DONE AND ORDERED** at Tampa, Florida, this 15th day of March, 2007.

                                                    SUSAN C. BUCKLEW
                                                    United States District Judge

Copies to:
Jason Salgado